From: PETER PIROUZKAR
P.O Box 1234
Mt. View, CA 94042

Aug. 9, 2023

To: US Bankruptcy Court Clerk
280 South First. St.
San Jose, CA 95113



Re: application for fee waiver to file paperwork/adversarial proceeding as a creditor in Chap. 13 bankruptcy case # 23-50443 filed by Debtor: Jamshid Daryanabard.

— Dear Bankruptcy Court / Court Clerk.

I am one of creditors in above case. I am disabled and my only source of income is Social Security Disability at less than $850/mo. Debtor has a judgment against him, issued by probate court in 2020, for comitting fraud, deceit, financial elder abuse against my late mother, and refusing to return estate property — what he owed, and was/is my inheritance.

When the probate court case was in process, the debtor filed a Chap. 13 bankruptcy (in 2019) to stop the court proceeding. In his 2019 Chap 13 filing debtor lied about his assets, businesses, and obligations. Thus it was a fraudulent case.

I had to go through legal costs to object to that bankruptcy filing and that case was dismissed.

Probate court then proceeded and issued the above mentioned judgment against debtor, to pay $174,000+ for comitting fraud, deceit, financial elder abuse, and return of estate property.

Debtor refused to comply with court's order to pay.

PETER PIROUZKAR
Re: application for fee waiver to file creditor's paperwork in case 23-50443

Debtor filed another Chapter 13 bankruptcy in April 2023. Just as in his 2019 filing, debtor lied in his current filing about his assets, possessions, businesses, etc. This appears as another fraud, of which debtor is already recognized for by probate court.

By his current Chap 13 bankruptcy filing debtor is trying, again, to evade paying for his fraudulent conduct and judgment issued by probate court.

In order to enforce the judgment and its non-dischargability of that judgment in current Chap 13 filing, I have to once again pay for legal expenses and file adversarial proceeding against debtor's Chap. 13 filing. These are expenses I do not have funds to pay.

This is all to counter debtor's false representation in his filing, e.g. not stating that he owed at least $174,000, by court judgment, to me and my mother's estate, and instead listing $0.00 "disputed" debt to me.

Since my low level of income cause extreme hardship to pay for repeat court filings against fraudulent bankruptcy claims of debtor, Jamshid Daryanabard, I am writing to apply/petition court for granting fee waiver, so that proper adversarial proceedings against the debtor can be filed without having to go through filing fee.

If you have any questions, or need proof of income, please call me at 408-598-1850

I declare the above statements to be true, under penalty of perjury.

Peter Pirouzkar

address: P.O. Box 1234 Mt. View, CA 94042
contact # 408-598-1850