# EXHIBIT "1"

# EXHIBIT "1"

**Check #8420** — NOROOZ BAZAAR, J. Daryanabard, 1390 S. Bascom Ave., San Jose, CA 95128, 408-295-2323
Pay to the order of: MAHIN PIROUZKAR — $14,000
Fourteen Thousand Dollars
Bank of the West, Bollinger Road Office, 965 S. De Anza Blvd., San Jose, CA 95129, 1-800-488-2265
⑈008420⑈ ⑆121100782⑆ 039000612⑈

**Check #7026** — NOROOZ BAZAAR, J. Daryanabard, 1390 S. Bascom Ave., San Jose, CA 95128, 408-295-2323
Pay to the order of: MAHIN-PIROUZKAR — $26,000
Twenty Six Thousand
Bank of the West, Bollinger Road Office, 965 S. De Anza Blvd., San Jose, CA 95129, 1-408-947-5030
⑈007026⑈ ⑆121100782⑆ 039000612⑈

**Check #8419** — NOROOZ BAZAAR, J. Daryanabard, 1390 S. Bascom Ave., San Jose, CA 95128, 408-295-2323
Pay to the order of: P. PETER PIROUZKAR — $6000
Six Thousand Dollars
Bank of the West, Bollinger Road Office, 965 S. De Anza Blvd., San Jose, CA 95129, 1-800-488-2265
⑈008419⑈ ⑆121100782⑆ 039000612⑈